IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00922-MSK-BNB

VALERIE GILCHRIST,

       Plaintiff,

v.

TERRASTAR INTERNATIONAL INC.,

       Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Motion to Withdraw **(#20).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion to Withdraw **(#20) is GRANTED**. Gregg McReynolds is withdrawn as counsel of record for the Plaintiff.

Dated this 18th day of December, 2006

                  **BY THE COURT:**

                  *Marcia S. Krieger*

                  Marcia S. Krieger
                  United States District Judge