IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00922-MSK-BNB

VALERIE GILCHRIST,

    Plaintiff,

v.

TERRASTAR INTERNATIONAL INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulation to Dismiss Without Prejudice" **(#27 )** filed January 31, 2007. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 31st day of January, 2007

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge